# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 16, 2021

Lyle W. Cayce
Clerk

No. 21-60169

Mansfield Industrial, Incorporated,

*Petitioner*,

*versus*

Occupational Safety and Health Review Commission;
Martin Walsh, *Secretary, U.S. Department of Labor*,

*Respondents*.

Petition for Review of an Order of the
Occupational Safety and Health Review Commission
OSHRC No. 17-1214

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:\*

The petition for review is DENIED.

---

\* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.